Marty Harper, *pro hac vice*
Andrew S. Jacob, *pro hac vice*
**SHUGHART THOMSON & KILROY, P.C.**
3636 N. Central Ave., Suite 1200
Phoenix, AZ  85012
Phone: (602) 650-2000
Fax: (602) 264-7033

G. Stephen Long, *pro hac vice*
John D. Phillips, *pro hac vice*
**SHUGHART THOMSON & KILROY, P.C.**
1050 17th Street, Suite 2300
Denver, CO  80265
Phone: (303) 572-9300
Fax: (303) 572-7883

David T. Alexander (CSB # 49996)
**MBV LAW LLP**
855 Front Street
San Francisco, CA  94111
Phone: (415) 781-4400
Fax: (415) 989 - 5143

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WENDY ALBRIGHT, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR LINE PILOTS ASSOCIATION, *et al.*,<br><br>Defendants. | CASE NO. C 05-05261 PJH<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>AND ORDER |

Plaintiffs WENDY ALBRIGHT, *et al.*, by and through undersigned counsel, files this Notice of Dismissal, pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure.

Dated January 27, 2006        */s/ Andrew S. Jacob*
_____
Andrew S. Jacob
Attorneys for Plaintiffs

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

NOTICE OF DISMISSAL, Case No. 05-05261 PJH